# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

In Re:   PATRICIA D MITCHELL                §
                                            §   Case No.: 10-34549
                                            §
                                            §
                                            §
         Debtor(s)                          §

---

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Tom Vaughn, Chapter 13 Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 08/02/2010.

2) This case was confirmed on 10/28/2010.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 06/03/2011.

5) The case was dismissed on 06/15/2011.

6) Number of months from filing to the last payment:  7

7) Number of months case was pending:  14

8) Total value of assets abandoned by court order:  NA

9) Total value of assets exempted: $   22,700.00

10) Amount of unsecured claims discharged without payment $      .00

11) All checks distributed by the trustee to this case have cleared the bank.

**UST Form 101-13-FR-S(9/01/2009)**

**Receipts:**

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $ 5,784.02 |
| Less amount refunded to debtor | $ .00 |
| **NET RECEIPTS** | $ 5,784.02 |

**Expenses of Administration:**

| | |
|---|---:|
| Attorney's Fees Paid through the Plan | $ 3,026.00 |
| Court Costs | $ .00 |
| Trustee Expenses and Compensation | $ 399.11 |
| Other | $ .00 |
| **TOTAL EXPENSES OF ADMINISTRATION** | $ 3,425.11 |
| Attorney fees paid and disclosed by debtor | $ 474.00 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| RJM AQUISITIONS FUND | UNSECURED | NA | 18.95 | 18.95 | .00 | .00 |
| INTERNAL REVENUE SER | PRIORITY | 10,000.00 | 3,630.30 | 3,630.30 | .00 | .00 |
| INTERNAL REVENUE SER | UNSECURED | 3,000.00 | 1,464.22 | 1,464.22 | .00 | .00 |
| MCSI/RMI | UNSECURED | 200.00 | 420.00 | 420.00 | .00 | .00 |
| WELLS FARGO FINANCIA | SECURED | 10,350.00 | .00 | .00 | .00 | .00 |
| DEPT STORES NATIONAL | UNSECURED | 266.00 | 266.01 | 266.01 | .00 | .00 |
| PRA RECEIVABLES MANA | UNSECURED | NA | 2,317.81 | 2,317.81 | .00 | .00 |
| PALISADES | UNSECURED | NA | 9,979.09 | 9,979.09 | .00 | .00 |
| CARDIOVASCULAR CARE | UNSECURED | NA | 30.00 | 30.00 | .00 | .00 |
| DEUTSCHE BANK NATION | SECURED | 184,000.00 | 180,937.28 | .00 | .00 | .00 |
| DEUTSCHE BANK NATION | SECURED | NA | 36,026.28 | 36,026.28 | 2,262.91 | .00 |
| WELLS FARGO | SECURED | .00 | .00 | .00 | .00 | .00 |
| WELLS FARGO | SECURED | NA | .00 | .00 | .00 | .00 |
| DEUTSCHE BANK NATION | UNSECURED | 32,963.56 | NA | NA | .00 | .00 |
| WELLS FARGO AUTO FIN | UNSECURED | 1,783.00 | 7,925.87 | 7,925.87 | .00 | .00 |
| ILLINOIS DEPT OF REV | PRIORITY | 350.00 | 117.75 | 117.75 | .00 | .00 |
| AMC MORTGAGE SERVICE | UNSECURED | .00 | NA | NA | .00 | .00 |
| AMC MORTGAGE SERVICE | UNSECURED | .00 | NA | NA | .00 | .00 |
| AMERICAN GENERAL FIN | UNSECURED | .00 | NA | NA | .00 | .00 |
| BALLYS TOTAL FITNESS | UNSECURED | 579.00 | NA | NA | .00 | .00 |
| BALLYS TOTAL FITNESS | UNSECURED | .00 | NA | NA | .00 | .00 |
| WELLGROUP HEALTH PAR | UNSECURED | 209.00 | NA | NA | .00 | .00 |
| CHAMPION FEDERAL S & | UNSECURED | .00 | NA | NA | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| ECAST SETTLEMENT COR | UNSECURED | 807.00 | 807.44 | 807.44 | .00 | .00 |
| CHASE BANK USA | UNSECURED | 676.00 | 676.80 | 676.80 | .00 | .00 |
| CHASE CC | UNSECURED | .00 | NA | NA | .00 | .00 |
| CITIFINANCIAL | UNSECURED | .00 | NA | NA | .00 | .00 |
| ASSOC ST JAMES RADIO | UNSECURED | 562.00 | NA | NA | .00 | .00 |
| ASSOC ST JAMES RADIO | UNSECURED | 259.00 | NA | NA | .00 | .00 |
| DISCOVER FINANCIAL S | UNSECURED | .00 | NA | NA | .00 | .00 |
| CAPITAL RECOVERY LLC | UNSECURED | 4,319.00 | 4,318.60 | 4,318.60 | .00 | .00 |
| EMERGENCY CARE & HEA | UNSECURED | 844.00 | NA | NA | .00 | .00 |
| FIRST PREIMER BANK | UNSECURED | .00 | NA | NA | .00 | .00 |
| FORD MOTOR CREDIT | UNSECURED | .00 | NA | NA | .00 | .00 |
| IL BELL TELEPHONE CO | UNSECURED | 371.00 | 436.63 | 436.63 | .00 | .00 |
| GEMB JCP | UNSECURED | 823.00 | NA | NA | .00 | .00 |
| JC PENNY | UNSECURED | 823.00 | NA | NA | .00 | .00 |
| GEMB JCP | UNSECURED | .00 | NA | NA | .00 | .00 |
| LVNV FUNDING | UNSECURED | .00 | 667.22 | 667.22 | .00 | .00 |
| MIDWEST NEOPED ASSOC | UNSECURED | 395.00 | NA | NA | .00 | .00 |
| LASALLE NATIONAL BAN | UNSECURED | .00 | NA | NA | .00 | .00 |
| LASALLE BANK | UNSECURED | .00 | NA | NA | .00 | .00 |
| LVNV FUNDING | UNSECURED | 664.00 | NA | NA | .00 | .00 |
| ST JAMES PROF SERVIC | UNSECURED | 250.00 | NA | NA | .00 | .00 |
| NICOR GAS | UNSECURED | 207.00 | 231.79 | 231.79 | .00 | .00 |
| NOVASTAR MORTGAGE | UNSECURED | .00 | NA | NA | .00 | .00 |
| CITIFINANCIAL AUTO | UNSECURED | 2,350.00 | NA | NA | .00 | .00 |
| VILLAGE OF HAZEL CRE | UNSECURED | 200.00 | NA | NA | .00 | .00 |
| THD/CBSD | UNSECURED | 1,336.00 | NA | NA | .00 | .00 |
| THD/CBSD | UNSECURED | .00 | NA | NA | .00 | .00 |
| UNITED CONSUMER FINA | UNSECURED | .00 | NA | NA | .00 | .00 |
| US BANK | UNSECURED | .00 | NA | NA | .00 | .00 |
| CAPITAL ONE BANK USA | UNSECURED | 2,417.22 | 2,471.78 | 2,471.78 | .00 | .00 |
| CONSULTANTS PATHOLOG | UNSECURED | .00 | NA | NA | .00 | .00 |
| ST IL TOLLWAY AUTHOR | UNSECURED | 274.40 | NA | NA | .00 | .00 |
| NORTHWESTERN MEDICAL | UNSECURED | 602.00 | NA | NA | .00 | .00 |
| NORTHWESTERN SURGICA | UNSECURED | 3,007.00 | NA | NA | .00 | .00 |
| OAK FOREST HOSPITAL | UNSECURED | .00 | NA | NA | .00 | .00 |
| PHYSICIANS PORTION O | UNSECURED | 844.00 | NA | NA | .00 | .00 |
| KOMYATTE & FREELAND | UNSECURED | 465.00 | NA | NA | .00 | .00 |
| SOUTH SUBURBAN NEURO | UNSECURED | 610.00 | NA | NA | .00 | .00 |
| ST MARGARET MERCY HE | UNSECURED | 9,441.87 | NA | NA | .00 | .00 |
| STATE OF ILLINOIS | UNSECURED | 444.00 | NA | NA | .00 | .00 |
| CITY CHICAGO DEPT OR | UNSECURED | 310.74 | NA | NA | .00 | .00 |
| SAXON MORTGAGE SERVI | OTHER | NA | NA | NA | .00 | .00 |
| CEDAR CREEK HOMEOWNE | SECURED | 460.68 | .00 | 460.68 | 96.00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| CEDAR CREEK HOMEOWNE | UNSECURED | 460.68 | NA | NA | .00 | .00 |
| PALISADES | UNSECURED | NA | 760.83 | 760.83 | .00 | .00 |
| ILLINOIS DEPT OF REV | UNSECURED | NA | 94.70 | 94.70 | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Int. Paid |
|---|---:|---:|---:|
| **Secured Payments:** | | | |
| Mortgage Ongoing | 460.68 | 96.00 | .00 |
| Mortgage Arrearage | 36,026.28 | 2,262.91 | .00 |
| Debt Secured by Vehicle | .00 | .00 | .00 |
| All Other Secured | .00 | .00 | .00 |
| **TOTAL SECURED:** | 36,486.96 | 2,358.91 | .00 |
| | | | |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | .00 | .00 | .00 |
| Domestic Support Ongoing | .00 | .00 | .00 |
| All Other Priority | 3,748.05 | .00 | .00 |
| **TOTAL PRIORITY:** | 3,748.05 | .00 | .00 |
| | | | |
| **GENERAL UNSECURED PAYMENTS:** | 32,887.74 | .00 | .00 |

**Disbursements:**

| | | |
|---|---|---:|
| Expenses of Administration | $ | 3,425.11 |
| Disbursements to Creditors | $ | 2,358.91 |
| **TOTAL DISBURSEMENTS:** | $ | 5,784.02 |

12)   The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed.  The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated:   09/20/2011               /s/ Tom Vaughn
                                  Tom Vaughn, Chapter 13 Trustee

**STATEMENT**   : This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption  5 C.F.R § 1320. 4(a)(2) applies.

**UST Form 101-13-FR-S(9/01/2009)**